# EXHIBIT 2

| Produced To | Document Type | EMail To | EMail From | EMail Cc | EMail Bcc | Date Sent | Description |
|---|---|---|---|---|---|---|---|
| HICKS000436 | Email | Christopher Robertson <crobertson@seyfarth.com>, Lucas Hicks <l[redacted]@gmail.com>, Me <[redacted]@aol.com> | Peter <[redacted]@aol.com> | | | 3/1/21 10:11 | Discussion regarding SEC investigation of Nikola. |
| HICKS001542 | Email | Peter Hicks <[redacted]@aol.com> | [redacted]@aol.com | | | 12/11/20 22:14 | Discussion regarding Option. |
| HICKS001535 | Email | Peter Hicks <[redacted]@aol.com> | [redacted]@aol.com | | | 9/26/20 1:36 | Discussion regarding Option. |
| HICKS001536 | Email | "[redacted]@aol.com" <[redacted]@aol.com> | Peter Hicks <[redacted]@aol.com> | "[redacted]@gmail.com" <[redacted]@gmail.com> | | 9/29/20 14:10 | Discussion regarding sale of property. |
| HICKS000421 | Email | Peter Hicks <[redacted]@aol.com> | "Matthew L. Anderson" <manderson@fabianvancott.com> | Denise George <dgeorge@fabianvancott.com>, Michael Callahan <[redacted]@outlook.com>, "'cbilodeau@mclaughlinquinn.com'" <cbilodeau@mclaughlinquinn.com>, "Matthew L. Anderson" <manderson@fabianvancott.com> | | 9/8/20 21:02 | Discussion regarding Option. |
| HICKS000415 | Email | "[redacted]@comcast.net" <[redacted]@comcast.net>, "[redacted]@gmail.com" <[redacted]@gmail.com> | Peter Hicks <[redacted]@aol.com> | | | 8/1/20 12:51 | Discussion regarding Option. |
| HICKS002825 | Email | Peter Hicks <[redacted]@aol.com> | "Matthew L. Anderson" <manderson@fabianvancott.com> | | | 1/8/20 18:07 | Discussion regarding sale of property. |
| HICKS001540 | Email | Peter Hicks <[redacted]@aol.com>, "Musman, Jeffrey" <JMusman@seyfarth.com> | "Robertson, Christopher" <crobertson@seyfarth.com> | | | 11/22/20 23:57 | Discussion regarding sale of property. |
| HICKS000431 | Email | "Hicks Management Group ([redacted]@aol.com)" <[redacted]@aol.com> | "Cory J. Bilodeau" <cbilodeau@mclaughlinquinn.com> | | | 12/3/20 20:47 | Discussion regarding sale of property. |
| HICKS001530 | Email | "Matthew L. Anderson" <manderson@fabianvancott.com>, Peter Hicks <[redacted]@aol.com> | Denise George <dgeorge@fabianvancott.com> | Michael Callahan <[redacted]@outlook.com>, "'cbilodeau@mclaughlinquinn.com'" <cbilodeau@mclaughlinquinn.com> | | 9/8/20 21:18 | Discussion regarding sale of property. |
| HICKS002687 | Email | Peter <[redacted]@aol.com> | "Matthew L. Anderson" <manderson@fabianvancott.com> | "Julie SColastico (Peter Hicks) Julie[redacted]@aol.com" <Julie[redacted]@aol.com> | | 12/30/19 20:38 | Discussion regarding sale of property. |
| HICKS001533 | PDF | Peter Hicks | Matthew L. Anderson | Denise George; Michael Callahan; 'cbilodeau@mclaughlinquinn.com'; Matthew L. | | 9/8/20 15:03 | Discussion regarding sale of property. |
| HICKS001627 | Email | Peter Hicks <[redacted]@aol.com> | Peter Hicks <[redacted]@aol.com> | | | 7/31/21 9:57 | Discussion regarding sale of property. |
| HICKS001628 | Email | Peter Hicks <[redacted]@aol.com> | Peter Hicks <[redacted]@aol.com> | | | 7/31/21 10:06 | Discussion regarding sale of property. |
| HICKS000466 | Email | Christopher Robertson <crobertson@seyfarth.com>, Lucas Hicks <[redacted]@gmail.com>, Me <[redacted]@aol.com> | Peter <[redacted]@aol.com> | | | 3/6/21 22:28 | Discussion regarding investigations into Nikola and Tre |
| HICKS001795 | Email | "crobertson@seyfarth.com" <crobertson@seyfarth.com> | Peter Hicks <[redacted]@aol.com> | | | 9/28/21 3:51 | Discussion regarding litigation. |
| HICKS001851 | Email | "crobertson@seyfarth.com" <crobertson@seyfarth.com> | Peter Hicks <[redacted]@aol.com> | "[redacted]@gmail.com" <[redacted]@gmail.com> | | 9/29/21 0:54 | Discussion regarding litigation. |
| HICKS001629 | Email | Peter Hicks <[redacted]@aol.com> | Peter Hicks <[redacted]@aol.com> | | | 7/31/21 11:11 | Discussion regarding litigation. |
| HICKS001852 | Document | | | | | | Legal document |
| HICKS001796 | Document | | | | | | Legal document |
| HICKS002826 | Email | "[redacted]@aol.com" <[redacted]@aol.com> | "Matthew L. Anderson" <manderson@fabianvancott.com> | | | 8/11/20 21:59 | Discussion regarding litigation. |
| HICKS002832 | Email | Peter Hicks <[redacted]@aol.com> | "Robertson, Christopher" <crobertson@seyfarth.com> | | | 12/19/22 17:32 | Discussion regarding litigation. |
| HICKS002635 | Email | "ptanes@baincadvisory.com" <ptanes@baincadvisory.com>, "jburke@baincadvisory.com" <jburke@baincadvisory.com> | julie[redacted]@aol.com | "[redacted]@aol.com" <[redacted]@aol.com> | | 2/3/22 15:12 | Discussion regarding legal tax advice. |
| HICKS002625 | Email | "julie[redacted]@aol.com" <julie[redacted]@aol.com>, John Burke <jburke@baincadvisory.com> | Patty Tanes <ptanes@baincadvisory.com> | "[redacted]@aol.com" <[redacted]@aol.com> | | 2/2/22 21:07 | Discussion regarding legal tax advice. |
| HICKS002623 | Email | "julie[redacted]@aol.com" <julie[redacted]@aol.com>, John Burke <jburke@baincadvisory.com> | Patty Tanes <ptanes@baincadvisory.com> | "[redacted]@aol.com" <[redacted]@aol.com> | | 2/1/22 20:40 | Discussion regarding legal tax advice. |
| HICKS002603 | Email | Peter Hicks <[redacted]@aol.com> | "Robertson, Christopher" <crobertson@seyfarth.com> | "[redacted]@gmail.com" <[redacted]@gmail.com> | | 1/29/22 17:54 | Discussion regarding litigation. |
| HICKS002518 | Email | Peter Hicks <[redacted]@aol.com> | "Musman, Jeffrey" <JMusman@seyfarth.com> | "Robertson, Christopher" <crobertson@seyfarth.com> | | 1/14/22 15:09 | Discussion regarding litigation. |
| HICKS002112 | Email | Peter Hicks <[redacted]@aol.com> | "Musman, Jeffrey" <JMusman@seyfarth.com> | | | 12/22/21 22:25 | Discussion regarding litigation. |
| HICKS002107 | Email | Peter Hicks <[redacted]@aol.com> | "Robertson, Christopher" <crobertson@seyfarth.com> | "[redacted]@gmail.com" <[redacted]@gmail.com>, "Erik A. Christiansen" <EChristiansen@parsonsbehle.com> | | 12/8/21 16:27 | Discussion regarding litigation. |
| HICKS002093 | Email | "Robertson, Christopher" <crobertson@seyfarth.com> | "Erik A. Christiansen" <EChristiansen@parsonsbehle.com> | 'Peter Hicks' <[redacted]@aol.com>, "[redacted]@gmail.com" <[redacted]@gmail.com> | | 12/3/21 21:37 | Discussion regarding litigation. |
| HICKS002092 | Email | 'Peter Hicks' <[redacted]@aol.com>, "[redacted]@gmail.com" <[redacted]@gmail.com>, "'Erik A. Christiansen'" <EChristiansen@parsonsbehle.com> | "Robertson, Christopher" <crobertson@seyfarth.com> | | | 12/3/21 21:13 | Discussion regarding litigation. |
| HICKS002058 | Email | "Erik A. Christiansen" <EChristiansen@parsonsbehle.com>, Peter Hicks <[redacted]@aol.com> | "Robertson, Christopher" <crobertson@seyfarth.com> | | | 11/11/21 19:28 | Discussion regarding litigation. |
| HICKS002053 | Email | Eric Maxfield <EGMaxfield@hollandhart.com>, Peter Hicks <[redacted]@aol.com> | "Robertson, Christopher" <crobertson@seyfarth.com> | | | 11/9/21 21:50 | Discussion regarding litigation. |
| HICKS002048 | Email | Eric Maxfield <EGMaxfield@hollandhart.com>, Peter Hicks <[redacted]@aol.com> | "Robertson, Christopher" <crobertson@seyfarth.com> | | | 11/9/21 17:14 | Discussion regarding litigation. |
| HICKS002047 | Email | 'Peter Hicks' <[redacted]@aol.com> | "Robertson, Christopher" <crobertson@seyfarth.com> | | | 11/5/21 19:16 | Discussion regarding litigation. |
| HICKS002045 | Email | 'Peter Hicks' <[redacted]@aol.com> | "Robertson, Christopher" <crobertson@seyfarth.com> | "[redacted]@gmail.com" <[redacted]@gmail.com> | | 11/3/21 21:45 | Discussion regarding litigation. |
| HICKS000416 | Email | "JMusman@seyfarth.com" <JMusman@seyfarth.com>, "[redacted]@gmail.com" <[redacted]@gmail.com> | Peter Hicks <[redacted]@aol.com> | | | 8/12/20 15:41 | Discussions regarding Option. |
| HICKS002628 | Email | Patty Tanes <ptanes@baincadvisory.com>, "julie[redacted]@aol.com" <julie[redacted]@aol.com> | John Burke <jburke@baincadvisory.com> | "[redacted]@aol.com" <[redacted]@aol.com> | | 2/2/22 22:07 | Discussion regarding litigation. |
| HICKS002642 | Email | "mjoyce@mclaughlinquinn.com" <mjoyce@mclaughlinquinn.com> | julie[redacted]@aol.com | "[redacted]@aol.com" <[redacted]@aol.com> | | 2/3/22 17:33 | Discussion regarding litigation. |
| HICKS002669 | Email | "[redacted]@aol.com" <[redacted]@aol.com> | julie[redacted]@aol.com | | | 2/8/22 16:59 | Discussion regarding litigation. |
| HICKS002095 | Email | "'Erik A. Christiansen'" <EChristiansen@parsonsbehle.com> | "Robertson, Christopher" <crobertson@seyfarth.com> | 'Peter Hicks' <[redacted]@aol.com>, "[redacted]@gmail.com" <[redacted]@gmail.com> | | 12/3/21 22:00 | Discussion regarding litigation. |
| HICKS002638 | Email | "julie[redacted]@aol.com" <julie[redacted]@aol.com> | "Matthew R. Joyce" <mjoyce@mclaughlinquinn.com> | 'Peter Hicks' <[redacted]@aol.com> | | 2/3/22 15:56 | Discussion regarding litigation. |
| HICKS002828 | Email | Peter Hicks <[redacted]@aol.com> | "Robertson, Christopher" <crobertson@seyfarth.com> | | | 9/19/22 17:42 | Discussion regarding litigation. |
| HICKS002101 | Email | 'Peter Hicks' <[redacted]@aol.com> | "Robertson, Christopher" <crobertson@seyfarth.com> | "[redacted]@gmail.com" <[redacted]@gmail.com> | | 12/6/21 15:32 | Discussion regarding litigation. |
| HICKS002278 | Email | Peter Hicks <[redacted]@aol.com> | "Robertson, Christopher" <crobertson@seyfarth.com> | "[redacted]@gmail.com" <[redacted]@gmail.com> | | 1/7/22 19:31 | Discussion regarding litigation. |
| HICKS002357 | Email | 'Peter Hicks' <[redacted]@aol.com>, "[redacted]@gmail.com" <[redacted]@gmail.com> | "Robertson, Christopher" <crobertson@seyfarth.com> | | | 1/12/22 18:19 | Discussion regarding litigation. |
| HICKS002122 | Email | 'Peter Hicks' <[redacted]@aol.com>, "[redacted]@gmail.com" <[redacted]@gmail.com> | "Robertson, Christopher" <crobertson@seyfarth.com> | "'Erik A. Christiansen'" <EChristiansen@parsonsbehle.com> | | 1/7/22 15:10 | Discussion regarding litigation. |
| HICKS002435 | Email | "julie[redacted]@aol.com" <julie[redacted]@aol.com> | "Robertson, Christopher" <crobertson@seyfarth.com> | "[redacted]@aol.com" <[redacted]@aol.com> | | 1/12/22 22:01 | Discussion regarding litigation. |
| HICKS002519 | Email | 'Peter Hicks' <[redacted]@aol.com>, "[redacted]@gmail.com" <[redacted]@gmail.com>, "Erik A. Christiansen" <EChristiansen@parsonsbehle.com> | "Robertson, Christopher" <crobertson@seyfarth.com> | | | 1/17/22 15:48 | Discussion regarding litigation. |
| HICKS002114 | Email | "[redacted]@aol.com" <[redacted]@aol.com> | julie[redacted]@aol.com | | | 12/23/21 18:28 | Discussion regarding litigation. |
| HICKS002650 | Email | Peter Hicks <[redacted]@aol.com>, "[redacted]@gmail.com" <[redacted]@gmail.com> | "Robertson, Christopher" <crobertson@seyfarth.com> | | | 2/7/22 21:55 | Discussion regarding litigation. |
| HICKS002615 | Email | "ptanes@baincadvisory.com" <ptanes@baincadvisory.com>, "jburke@baincadvisory.com" <jburke@baincadvisory.com> | julie[redacted]@aol.com | "[redacted]@aol.com" <[redacted]@aol.com> | | 2/1/22 19:22 | Discussion regarding legal tax advice. |
| HICKS002607 | Email | 'Peter Hicks' <[redacted]@aol.com>, "julie[redacted]@aol.com" <julie[redacted]@aol.com> | "Matthew R. Joyce" <mjoyce@mclaughlinquinn.com> | "Cory J. Bilodeau" <cory@mclaughlinquinn.com> | | 2/1/22 17:58 | Discussion regarding legal tax advice. |
| HICKS002071 | Email | Peter Hicks <[redacted]@aol.com>, "[redacted]@gmail.com" <[redacted]@gmail.com>, "Erik A. Christiansen" <EChristiansen@parsonsbehle.com> | "Robertson, Christopher" <crobertson@seyfarth.com> | | | 12/2/21 17:35 | Discussion regarding litigation. |
| HICKS001909 | Email | Peter Hicks <[redacted]@aol.com> | Peter Hicks <[redacted]@aol.com> | | | 10/16/21 17:07 | Discussion regarding litigation. |
| HICKS002839 | Email | Christopher Robertson <crobertson@seyfarth.com> | Peter Hicks <[redacted]@aol.com> | | | 5/16/23 20:00 | Discussion regarding litigation. |
| HICKS002834 | Email | Christopher Robertson <crobertson@seyfarth.com> | Peter Hicks <[redacted]@aol.com> | | | 1/31/23 23:54 | Discussion regarding litigation. |
| HICKS002675 | Email | "manderson@fabianvancott.com" <manderson@fabianvancott.com> | Peter Hicks <[redacted]@aol.com> | | | 2/21/22 13:39 | Discussion regarding litigation. |
| HICKS002674 | Email | "crobertson@seyfarth.com" <crobertson@seyfarth.com> | Peter Hicks <[redacted]@aol.com> | | | 2/16/22 16:48 | Discussion regarding litigation. |
| HICKS002673 | Email | "crobertson@seyfarth.com" <crobertson@seyfarth.com>, "[redacted]@gmail.com" <[redacted]@gmail.com> | Peter Hicks <[redacted]@aol.com> | | | 2/14/22 23:35 | Discussion regarding litigation. |
| HICKS002646 | Email | <julie[redacted]@aol.com>, "mjoyce@mclaughlinquinn.com" <mjoyce@mclaughlinquinn.com> | Peter Hicks <[redacted]@aol.com> | | | 2/3/22 17:55 | Discussion regarding legal tax advice. |
| HICKS002631 | Email | Matt Joyce <mjoyce@mclaughlinquinn.com> | Peter Hicks <[redacted]@aol.com> | | | 2/2/22 22:41 | Discussion regarding legal tax advice. |
| HICKS002600 | Email | "crobertson@seyfarth.com" <crobertson@seyfarth.com> | Peter Hicks <[redacted]@aol.com> | "[redacted]@gmail.com" <[redacted]@gmail.com> | | 1/29/22 17:34 | Discussion regarding litigation. |
| HICKS002113 | Email | "Musman, Jeffrey" <JMusman@seyfarth.com> | Peter Hicks <[redacted]@aol.com> | | | 12/23/21 0:56 | Discussion regarding litigation. |
| HICKS002110 | Email | "[redacted]@comcast.net" <[redacted]@comcast.net> | Peter Hicks <[redacted]@aol.com> | | | 12/8/21 20:41 | Discussion regarding litigation. |
| HICKS002070 | Email | "[redacted]@gmail.com" <[redacted]@gmail.com>, "crobertson@seyfarth.com" <crobertson@seyfarth.com> | Peter Hicks <[redacted]@aol.com> | | | 11/18/21 16:08 | Discussion regarding litigation. |
| HICKS002041 | Email | "crobertson@seyfarth.com" <crobertson@seyfarth.com> | Peter Hicks <[redacted]@aol.com> | | | 11/3/21 20:15 | Discussion regarding litigation. |
| HICKS002043 | Email | "crobertson@seyfarth.com" <crobertson@seyfarth.com> | Peter Hicks <[redacted]@aol.com> | "[redacted]@gmail.com" <[redacted]@gmail.com> | | 11/3/21 20:25 | Discussion regarding litigation. |
| HICKS001908 | Email | "[redacted]@gmail.com" <[redacted]@gmail.com>, "crobertson@seyfarth.com" <crobertson@seyfarth.com> | Peter Hicks <[redacted]@aol.com> | | | 10/8/21 16:59 | Discussion regarding litigation. |
| HICKS001663 | Email | "crobertson@seyfarth.com" <crobertson@seyfarth.com> | Peter Hicks <[redacted]@aol.com> | | | 9/14/21 16:25 | Discussion regarding litigation. |
| HICKS001662 | Email | "Matthew L. Anderson" <manderson@fabianvancott.com> | Peter Hicks <[redacted]@aol.com> | | | 9/9/21 0:59 | Discussion regarding litigation. |
| HICKS001661 | Email | "[redacted]@comcast.net" <[redacted]@comcast.net> | Peter Hicks <[redacted]@aol.com> | | | 8/28/21 16:18 | Discussion regarding litigation. |
| HICKS001656 | Email | "crobertson@seyfarth.com" <crobertson@seyfarth.com> | Peter Hicks <[redacted]@aol.com> | "[redacted]@gmail.com" <[redacted]@gmail.com> | | 8/27/21 13:34 | Discussion regarding litigation. |
| HICKS001653 | Email | "[redacted]@gmail.com" <[redacted]@gmail.com> | Peter Hicks <[redacted]@aol.com> | | | 8/25/21 22:46 | Discussion regarding litigation. |
| HICKS001636 | Email | "crobertson@seyfarth.com" <crobertson@seyfarth.com>, "[redacted]@gmail.com" <[redacted]@gmail.com> | Peter Hicks <[redacted]@aol.com> | | | 7/31/21 11:16 | Discussion regarding litigation. |
| HICKS000481 | Email | "[redacted]@gmail.com" <[redacted]@gmail.com>, "[redacted]@aol.com" <[redacted]@aol.com> | Peter Hicks <[redacted]@aol.com> | | | 7/29/21 18:33 | Discussion regarding SEC investigation of Nikola and T |
| HICKS001621 | Email | "JMusman@seyfarth.com" <JMusman@seyfarth.com> | Peter Hicks <[redacted]@aol.com> | | | 7/27/21 14:23 | Discussion regarding litigation. |
| HICKS000471 | Email | "crobertson@seyfarth.com" <crobertson@seyfarth.com> | Peter Hicks <[redacted]@aol.com> | "[redacted]@gmail.com" <[redacted]@gmail.com> | | 5/24/21 17:24 | Discussion regarding the property sale. |
| HICKS000470 | Email | "[redacted]@gmail.com" <[redacted]@gmail.com>, "crobertson@seyfarth.com" <crobertson@seyfarth.com> | Peter Hicks <[redacted]@aol.com> | | | 5/24/21 17:11 | Discussion regarding the property sale. |
| HICKS000472 | Email | "[redacted]@gmail.com" <[redacted]@gmail.com> | Peter Hicks <[redacted]@aol.com> | "crobertson@seyfarth.com" <crobertson@seyfarth.com> | | 5/24/21 17:27 | Discussion regarding the property sale. |
| HICKS000469 | Email | Christopher Robertson <crobertson@seyfarth.com> | Peter <[redacted]@aol.com> | | | 5/7/21 18:38 | Discussion regarding Trevor Milton. |
| HICKS001612 | Email | "manderson@fabianvancott.com" <manderson@fabianvancott.com> | Peter Hicks <[redacted]@aol.com> | | | 5/4/21 16:31 | Discussion regarding Trevor Milton. |
| HICKS000467 | Email | "manderson@fabianvancott.com" <manderson@fabianvancott.com> | Peter Hicks <[redacted]@aol.com> | | | 5/3/21 22:24 | Discussion regarding the property sale. |
| HICKS001608 | Email | "manderson@fabianvancott.com" <manderson@fabianvancott.com> | Peter Hicks <[redacted]@aol.com> | Peter Hicks <[redacted]@aol.com> | | 5/3/21 22:58 | Discussion regarding litigation. |
| HICKS001591 | Email | "manderson@fabianvancott.com" <manderson@fabianvancott.com> | Peter Hicks <[redacted]@aol.com> | | | 4/27/21 11:39 | Discussion regarding litigation. |
| HICKS001585 | Email | "Robertson, Christopher" <crobertson@seyfarth.com> | Peter <[redacted]@aol.com> | | | 4/6/21 14:24 | Discussion regarding litigation. |
| HICKS001584 | Email | Christopher Robertson <crobertson@seyfarth.com> | Peter <[redacted]@aol.com> | | | 4/6/21 0:43 | Discussion regarding litigation. |
| HICKS001579 | Email | Christopher Robertson <crobertson@seyfarth.com> | Peter <[redacted]@aol.com> | Michael Callahan <[redacted]@comcast.net> | | 3/17/21 10:38 | Discussion regarding litigation. |
| HICKS001576 | Email | Christopher Robertson <crobertson@seyfarth.com> | Peter <[redacted]@aol.com> | | | 3/9/21 1:53 | Discussion regarding litigation. |
| HICKS001577 | Email | "Robertson, Christopher" <crobertson@seyfarth.com> | Peter <[redacted]@aol.com> | | | 3/9/21 11:02 | Discussion regarding litigation. |
| HICKS001571 | Email | "Robertson, Christopher" <crobertson@seyfarth.com> | Peter <[redacted]@aol.com> | | | 3/3/21 21:37 | Discussion regarding real estate transaction. |
| HICKS000449 | Email | "crobertson@seyfarth.com" <crobertson@seyfarth.com> | Peter Hicks <[redacted]@aol.com> | | | 3/1/21 19:03 | Discussion regarding the property sale. |
| HICKS001552 | Email | "crobertson@seyfarth.com" <crobertson@seyfarth.com> | Peter Hicks <[redacted]@aol.com> | | | 3/1/21 13:09 | Discussion regarding Stock Options. |
| HICKS001543 | Email | "crobertson@seyfarth.com" <crobertson@seyfarth.com> | Peter Hicks <[redacted]@aol.com> | | | 2/28/21 21:14 | Discussion regarding litigation. |
| HICKS002098 | Email | "crobertson@seyfarth.com" <crobertson@seyfarth.com> | Peter Hicks <[redacted]@aol.com> | "[redacted]@gmail.com" <[redacted]@gmail.com> | | 12/6/21 15:31 | Discussion regarding litigation. |
| HICKS001596 | Email | "[redacted]@comcast.net" <[redacted]@comcast.net> | Peter Hicks <[redacted]@aol.com> | | | 4/29/21 20:17 | Discussion regarding real estate transaction. |
| HICKS001600 | Email | "manderson@fabianvancott.com" <manderson@fabianvancott.com> | Peter Hicks <[redacted]@aol.com> | | | 5/2/21 12:17 | Discussion regarding real estate transaction. |
| HICKS001592 | Email | "manderson@fabianvancott.com" <manderson@fabianvancott.com> | Peter Hicks <[redacted]@aol.com> | | | 4/28/21 0:08 | Discussion regarding real estate transaction. |
| HICKS001547 | Email | "[redacted]@gmail.com" <[redacted]@gmail.com> | Peter Hicks <[redacted]@aol.com> | | | 2/28/21 22:55 | Discussion regarding litigation. |
| HICKS001622 | Email | "JMusman@seyfarth.com" <JMusman@seyfarth.com> | Peter Hicks <[redacted]@aol.com> | | | 7/27/21 15:11 | Discussion regarding litigation. |
| HICKS001580 | Email | Christopher Robertson <crobertson@seyfarth.com> | Peter <[redacted]@aol.com> | | | 3/25/21 23:44 | Discussion regarding litigation. |
| HICKS002606 | Document | | | | | | Legal document |
| HICKS002104 | Email | "crobertson@seyfarth.com" <crobertson@seyfarth.com> | Peter Hicks <[redacted]@aol.com> | "[redacted]@gmail.com" <[redacted]@gmail.com> | | 12/6/21 15:37 | Discussion regarding litigation. |
| HICKS002440 | Email | "crobertson@seyfarth.com" <crobertson@seyfarth.com> | Peter Hicks <[redacted]@aol.com> | | | 1/13/22 20:12 | Discussion regarding litigation. |
| HICKS002200 | Email | "crobertson@seyfarth.com" <crobertson@seyfarth.com> | Peter Hicks <[redacted]@aol.com> | "[redacted]@gmail.com" <[redacted]@gmail.com> | | 1/7/22 19:23 | Discussion regarding litigation. |
| HICKS001966 | Email | "crobertson@seyfarth.com" <crobertson@seyfarth.com>, "[redacted]@gmail.com" <[redacted]@gmail.com> | Peter Hicks <[redacted]@aol.com> | | | 10/17/21 15:38 | Discussion regarding litigation. |
| HICKS001624 | Email | "Musman, Jeffrey" <JMusman@seyfarth.com> | Peter Hicks <[redacted]@aol.com> | | | 7/27/21 17:55 | Discussion regarding litigation. |
| HICKS002836 | Email | Christopher Robertson <crobertson@seyfarth.com> | Peter Hicks <[redacted]@aol.com> | | | 5/7/23 14:57 | Discussion regarding litigation. |
| HICKS002676 | Email | "julie[redacted]@aol.com" <julie[redacted]@aol.com> | Peter Hicks <[redacted]@aol.com> | | | 3/7/22 19:20 | Discussion regarding litigation. |
| HICKS001566 | Email | "crobertson@seyfarth.com" <crobertson@seyfarth.com> | Peter Hicks <[redacted]@aol.com> | | | 3/3/21 18:32 | Discussion regarding real estate transaction. |
| HICKS002837 | Email | Christopher Robertson <crobertson@seyfarth.com> | Peter Hicks <[redacted]@aol.com> | | | 5/7/23 15:12 | Discussion regarding litigation. |
| HICKS001588 | Email | Julie Scolastico <Julie[redacted]@aol.com> | Peter <[redacted]@aol.com> | | | 4/13/21 16:53 | Discussion regarding Stock Options. |
| HICKS001560 | Email | "crobertson@seyfarth.com" <crobertson@seyfarth.com> | Peter Hicks <[redacted]@aol.com> | | | 3/2/21 0:12 | Discussion regarding Stock Options. |
| HICKS001556 | Email | "crobertson@seyfarth.com" <crobertson@seyfarth.com> | Peter Hicks <[redacted]@aol.com> | | | 3/1/21 18:50 | Discussion regarding Stock Options. |
| HICKS001644 | Email | "[redacted]@gmail.com" <[redacted]@gmail.com> | Peter Hicks <[redacted]@aol.com> | | | 8/11/21 19:20 | Discussion regarding Trevor Milton. |
| HICKS001616 | Email | "[redacted]@comcast.net" <[redacted]@comcast.net> | Peter Hicks <[redacted]@aol.com> | | | 6/7/21 20:08 | Discussion regarding Trevor Milton. |
| HICKS001739 | Email | "[redacted]@gmail.com" <[redacted]@gmail.com> | Peter Hicks <[redacted]@aol.com> | "crobertson@seyfarth.com" <crobertson@seyfarth.com> | | 9/16/21 19:32 | Discussion regarding Trevor Milton. |
| HICKS001664 | Email | "crobertson@seyfarth.com" <crobertson@seyfarth.com>, "[redacted]@gmail.com" <[redacted]@gmail.com> | Peter Hicks <[redacted]@aol.com> | | | 9/14/21 22:16 | Discussion regarding Trevor Milton. |
| HICKS002063 | Email | "[redacted]@gmail.com" <[redacted]@gmail.com> | Peter Hicks <[redacted]@aol.com> | | | 11/17/21 20:53 | Discussion regarding Trevor Milton. |
| HICKS001637 | Email | "crobertson@seyfarth.com" <crobertson@seyfarth.com>, "[redacted]@gmail.com" <[redacted]@gmail.com> | Peter Hicks <[redacted]@aol.com> | | | 7/31/21 11:37 | Discussion regarding Trevor Milton. |
| HICKS002060 | Calendar | | | | | | Discussion regarding Trevor Milton. |
| HICKS002055 | Calendar | | | | | | Discussion regarding Trevor Milton. |
| HICKS002050 | Calendar | | | | | | Discussion regarding Trevor Milton. |
| HICKS002280 | Document | | | | | | Legal document |
| HICKS002358 | Document | | | | | | Legal document |
| HICKS002123 | Document | | | | | | Legal document |
| HICKS002436 | PDF | | | | | | Legal document |
| HICKS002523 | Document | | | | | | Legal document |
| HICKS002116 | PDF | | | | | | Legal document |
| HICKS002651 | PDF | | | | | | Legal document |
| HICKS002622 | Document | | | | | | Legal document |
| HICKS002614 | Document | | | | | | Legal document |
| HICKS002617 | PDF | | | | | | Legal document |
| HICKS002609 | PDF | | | | | | Legal document |
| HICKS002619 | PDF | | | | | | Legal document |
| HICKS002611 | PDF | | | | | | Legal document |
| HICKS002602 | Document | | | | | | Legal document |
| HICKS002075 | PDF | | | | | | Legal document |
| HICKS002072 | PDF | | | | | | Legal document |
| HICKS002860 | PDF | [redacted]@gmail.com, | [redacted]@aol.com, | | | 6/4/20 6:10 | Legal document |
| HICKS002044 | Document | | | | | | Legal document |
| HICKS002042 | Document | | | | | | Legal document |
| HICKS001910 | Document | | | | | | Legal document |
| HICKS001657 | Document | | | | | | Legal document |
| HICKS001654 | Document | | | | | | Legal document |
| HICKS000482 | PDF | Robertson, Christopher | Petillo-Decossard, Kimberly C. <kpetillo-decossard@cahill.com> | 'Peter Hicks' | | 2/25/21 14:53 | Discussion regarding the property sale. |
| HICKS001613 | Document | | | | | | Legal document |
| HICKS001604 | Document | | | | | | Legal document |
| HICKS001609 | Document | | | | | | Legal document |
| HICKS001553 | Document | | | | | | Legal document |
| HICKS001544 | Document | | | | | | Legal document |
| HICKS001597 | Document | | | | | | Legal document |
| HICKS001593 | Document | | | | | | Legal document |
| HICKS001601 | Document | | | | | | Legal document |
| HICKS001548 | Document | | | | | | Legal document |
| HICKS002441 | Document | | | | | | Legal document |
| HICKS002201 | Document | | | | | | Legal document |
| HICKS001967 | Document | | | | | | Legal document |
| HICKS002677 | PDF | | | | | | Legal document |
| HICKS001589 | PDF | | | | | | Legal document |
| HICKS001561 | PDF | | | | | | Legal document |
| HICKS001557 | PDF | | | | | | Legal document |
| HICKS001617 | PDF | | | | | | Legal document |
| HICKS001740 | Document | | | | | | Legal document |
| HICKS001665 | PDF | [redacted]@aol.com, | [redacted]@gmail.com, | [redacted]@gmail.com, | | 8/23/20 13:27 | Discussion regarding Trevor Milton. |

| TAG - Privilege Basis | Privilege Explanation |
|---|---|
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Spousal Communication | "[redacted]@aol.com" is the email address of Mr. Hicks' wife. |
| Spousal Communication | "[redacted]@aol.com" is the email address of Mr. Hicks' wife. |
| Work Product | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Attorney-Client | Matthew Anderson is an attorney for Plaintiffs. |
| Attorney-Client | Michael Callahan is an attorney for Plaintiffs. |
| Attorney-Client | Matthew Anderson is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | Cory J. Biloudeau is an  attorney for Plaintiffs. |
| Attorney-Client | Matthew Anderson is an attorney for Plaintiffs. |
| Attorney-Client | Matthew Anderson is an attorney for Plaintiffs. |
| Attorney-Client | Matthew Anderson is an attorney for Plaintiffs. |
| Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Work Product , Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Attorney-Client, Work Product | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Attorney-Client, Work Product | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Attorney-Client | Matthew Anderson is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | Bainca Advisory represents Plaintiffs. |
| Attorney-Client | Bainca Advisory represents Plaintiffs. |
| Attorney-Client | Bainca Advisory represents Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | Jeffrey Musman is an attorney for Plaintiffs. |
| Attorney-Client | Jeffrey Musman is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson and Erik Christiansen are attorneys for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson and Erik Christiansen are attorneys for Plaintiffs. |
| Attorney-Client | Christopher Robertson and Eric Maxfield are attorneys for Plaintiffs. |
| Attorney-Client | Christopher Robertson and Eric Maxfield are attorneys for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | Jeffrey Musman is an attorney for Plaintiffs. |
| Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Attorney-Client | Matt Joyce is an attorney for Plaintiffs. |
| Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Attorney-Client | Christopher Robertson and Erik Christiansen are attorneys for Plaintiffs. |
| Attorney-Client | Matthew Joyce is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Work Product , Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | Bainca Advisory represents Plaintiffs. |
| Attorney-Client | Matthew Joyce is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson and Erik Christiansen are attorneys for Plaintiffs. |
| Work Product | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | Matthew Anderson is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | Matt Joyce is an attorney for Plaintiffs. |
| Attorney-Client | Matt Joyce is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | Jeffrey Musman is an attorney for Plaintiffs. |
| Attorney-Client | Michael Callahan is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | Matthew Anderson is an attorney for Plaintiffs. |
| Attorney-Client | Michael Callahan is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Attorney-Client | Jeffrey Musman is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Work Product , Attorney-Client | Matthew Anderson is an attorney for Plaintiffs. |
| Work Product , Attorney-Client | Matthew Anderson is an attorney for Plaintiffs. |
| Work Product , Attorney-Client | Matthew Anderson is an attorney for Plaintiffs. |
| Attorney-Client | Matthew Anderson is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Work Product , Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Work Product , Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Work Product , Attorney-Client | Michael Callahan is an attorney for Plaintiffs. |
| Work Product , Attorney-Client | Matthew Anderson is an attorney for Plaintiffs. |
| Attorney-Client | Matthew Anderson is an attorney for Plaintiffs. |
| Work Product , Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Attorney-Client | Jeffrey Musman is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | Jeffrey Musman is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Work Product | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Work Product , Attorney-Client | Michael Callahan is an attorney for Plaintiffs. |
| Work Product , Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Work Product , Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Work Product , Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Work Product , Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Attorney-Client | Christopher Robertson and Erik Christiansen are attorneys for Plaintiffs. |
| Attorney-Client | Christopher Robertson and Eric Maxfield are attorneys for Plaintiffs. |
| Attorney-Client | Christopher Robertson and Eric Maxfield are attorneys for Plaintiffs. |
| Work Product , Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Work Product , Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Work Product , Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Work Product , Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Work Product , Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Work Product | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Work Product | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Work Product | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Work Product | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Work Product | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Work Product | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Work Product | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Work Product , Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Work Product | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Work Product | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Work Product | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Work Product , Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Work Product , Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Work Product | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Work Product , Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Work Product , Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Attorney-Client | Christopher Robertson is an attorney for Plaintiffs. |
| Work Product , Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Work Product , Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Work Product , Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Work Product , Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Work Product , Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Work Product , Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Work Product , Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Work Product , Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Work Product , Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Work Product , Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Work Product , Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Work Product , Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Work Product , Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Work Product , Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Work Product , Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Work Product , Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Work Product , Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Work Product , Attorney-Client | This is a document prepared in anticipation of litigation containing privileged attorney communications and/or attorney work product. |
| Work Product | Christopher Robertson is an attorney for Plaintiffs. |