# EXHIBIT 6