# EXHIBIT 7

**Privilege Log - Lucas Hicks**

| Bates | Date | From | To | CC | Subject | Description of Privileged Document |
|---|---|---|---|---|---|---|
| LH_00000138 | 9/17/2020 | Peter Hicks <[redacted]@aol.com> | Jeffrey Musman <jmusman@seyfarth.com> | Lucas Hicks <[redacted]@gmail.com> | Stock options | Email reflecting advice of counsel. |
| LH_00000139 | 9/17/2020 | Jeffrey Musman <jmusman@seyfarth.com> | Peter Hicks <[redacted]@aol.com> | Lucas Hicks <[redacted]@gmail.com> | Stock options | Email reflecting advice of counsel. |
| LH_00000140 | 9/17/2020 | Peter Hicks <[redacted]@aol.com> | Jeffrey Musman <jmusman@seyfarth.com> | Lucas Hicks <[redacted]@gmail.com> | Re: Stock Options | Email conveying information to facilitate the rendering of legal advice. |
| LH_00000140 | 9/17/2020 | Jeffrey Musman <jmusman@seyfarth.com> | Peter Hicks <[redacted]@aol.com> | Lucas Hicks <[redacted]@gmail.com> | Re: Stock Options | Email from counsel requesting information to facilitate the rendering of legal advice. |
| LH_00000140 | 9/17/2020 | Peter Hicks <[redacted]@aol.com> | Jeffrey Musman <jmusman@seyfarth.com> | Lucas Hicks <[redacted]@gmail.com> | Re: Stock Options | Email conveying information to facilitate the rendering of legal advice. |
| LH_00000141 | 9/24/2020 | Peter Hicks <[redacted]@aol.com> | Christopher Robertson <crobertson@seyfarth.com> | Lucas Hicks <[redacted]@gmail.com> | Re: Stock Options | Email chain reflecting request for legal advice from counsel. |
| LH_00000141 | 9/24/2020 | Peter Hicks <[redacted]@aol.com> | Christopher Robertson <crobertson@seyfarth.com> | Lucas Hicks <[redacted]@gmail.com> | Re: Stock Options | Email chain reflecting request for legal advice from counsel. |
| LH_00000141 | 9/24/2020 | Peter Hicks <[redacted]@aol.com> | Christopher Robertson <crobertson@seyfarth.com> | Lucas Hicks <[redacted]@gmail.com> | Re: Stock Options | Email chain reflecting request for legal advice from counsel. |
| LH_00000141 | 9/24/2020 | Christopher Robertson <crobertson@seyfarth.com> | Peter Hicks <[redacted]@aol.com> | Lucas Hicks <[redacted]@gmail.com> | Re: Stock Options | Email reflecting advice of counsel. |
| LH_00000142 | 9/24/2020 | Christopher Robertson <crobertson@seyfarth.com> | Peter Hicks <[redacted]@aol.com> | Lucas Hicks <[redacted]@gmail.com> | Re: Stock Options | Email reflecting advice of counsel. |
| LH_00000156 | 11/23/2020 | Peter Hicks <[redacted]@aol.com> | Lucas <[redacted]@nobles.edu>, Christopher Robertson <crobertson@seyfarth.com>, Jeffrey Musman <JMusman@seyfarth.com>, Lucas Hicks <[redacted]@gmail.com>, Michael Callahan <[redacted]@outlook.com> | n/a | FWD: Hicks | Email conveying information to facilitate the rendering of legal advice from counsel. |

| Bates | Date | From | To | CC | Subject | Description of Privileged Document |
|---|---|---|---|---|---|---|
| LH_00000157 | 11/23/2020 | Jeffrey Musman <jmusman@seyfarth.com> | Peter Hicks <[redacted]@aol.com>, Lucas <[redacted]@nobles.edu>, "Robertson, Christopher" <crobertson@seyfarth.com>, Lucas Hicks <[redacted]@gmail.com>, Michael Callahan <CallahanMichaelF@outlook.com> | n/a | FWD: Hicks | Email reflecting advice of counsel. |
| LH_00000157 | 11/23/2020 | Peter Hicks <[redacted]@aol.com> | Lucas <[redacted]@nobles.edu>, Christopher Robertson <crobertson@seyfarth.com>, Jeffrey Musman <JMusman@seyfarth.com>, Lucas Hicks <[redacted]@gmail.com>, Michael Callahan <CallahanMichaelF@outlook.com> | n/a | FWD: Hicks | Email reflecting advice of counsel. |
| LH_00000158 | 11/23/2020 | Peter Hicks <[redacted]@aol.com> | <[redacted]@gmail.com>, <crobertson@seyfarth.com>, <jmusman@seyfarth.com>, <cbilodeau@mclaughlinquinn.com> | n/a | Re: Hicks | Email conveying information to facilitate the rendering of legal advice from counsel. |
| LH_00000160 | 12/29/2020 | Peter Hicks <[redacted]@aol.com> | Christopher Robertson <crobertson@seyfarth.com> | Lucas Hicks <[redacted]@gmail.com> | Hicks Options | Email conveying information to facilitate the rendering of legal advice from counsel. |
| LH_00000161 | 12/29/2020 | Christopher Robertson <crobertson@seyfarth.com> | Peter Hicks <[redacted]@aol.com> | Lucas Hicks <[redacted]@gmail.com> | Hicks Options | Email reflecting advice of counsel. |
| LH_00000161 | 12/29/2020 | Peter Hicks <[redacted]@aol.com> | Christopher Robertson <crobertson@seyfarth.com> | Lucas Hicks <[redacted]@gmail.com> | Hicks Options | Email reflecting advice of counsel. |
| LH_00000162 | 12/29/2020 | Peter Hicks <[redacted]@aol.com> | Christopher Robertson <crobertson@seyfarth.com> | Lucas Hicks <[redacted]@gmail.com> | Hicks Options | Email reflecting advice of counsel. |
| LH_00000162 | 12/29/2020 | Christopher Robertson <crobertson@seyfarth.com> | Peter Hicks <[redacted]@aol.com> | Lucas Hicks <[redacted]@gmail.com> | Hicks Options | Email conveying information to facilitate the rendering of legal advice from counsel. |

| Bates | Date | From | To | CC | Subject | Description of Privileged Document |
|---|---|---|---|---|---|---|
| LH_00000166 | 12/30/2020 | Peter Hicks <[redacted]@aol.com> | Christopher Robertson <crobertson@seyfarth.com>, Lucas Hicks <[redacted]@gmail.com> | n/a | FWD: Hicks Options | Email conveying information to facilitate the rendering of legal advice from counsel. |
| LH_00000168 | 12/30/2020 | Christopher Robertson <crobertson@seyfarth.com> | Peter Hicks <[redacted]@aol.com>, Lucas Hicks <[redacted]@gmail.com> | n/a | FWD: Hicks Options | Email reflecting advice of counsel. |
| LH_00000168 | 12/30/2020 | Peter Hicks <[redacted]@aol.com> | Christopher Robertson <crobertson@seyfarth.com>, Lucas Hicks <[redacted]@gmail.com> | n/a | FWD: Hicks Options | Email conveying information to facilitate the rendering of legal advice from counsel. |
| LH_00000169 | 12/30/2020 | Peter Hicks <[redacted]@aol.com> | Christopher Robertson <crobertson@seyfarth.com>, Lucas Hicks <[redacted]@gmail.com> | n/a | FWD: Hicks Options | Email conveying information to facilitate the rendering of legal advice from counsel. |
| LH_00000169 | 12/31/2020 | Peter Hicks <[redacted]@aol.com> | Christopher Robertson <crobertson@seyfarth.com>, Lucas Hicks <[redacted]@gmail.com> | n/a | FWD: Hicks Options | Email reflecting advice of counsel. |
| LH_00000170 | 12/31/2020 | Christopher Robertson <crobertson@seyfarth.com> | Peter Hicks <[redacted]@aol.com>, Lucas Hicks <[redacted]@gmail.com> | n/a | FWD: Hicks Options | Email forwarding statement of counsel regarding proposed transaction between Trevor Milton and Peter Hicks. |
| LH_00000171 | 12/31/2020 | Peter Hicks <[redacted]@aol.com> | Christopher Robertson <crobertson@seyfarth.com>, Lucas Hicks <[redacted]@gmail.com> | n/a | FWD: Hicks Options | Email conveying information to facilitate the rendering of legal advice from counsel. |
| LH_00000171 | 12/31/2020 | Peter Hicks <[redacted]@aol.com> | Christopher Robertson <crobertson@seyfarth.com>, Lucas Hicks <[redacted]@gmail.com> | n/a | FWD: Hicks Options | Email conveying information to facilitate the rendering of legal advice from counsel. |
| LH_00000172 | 1/13/2021 | Christopher Robertson <crobertson@seyfarth.com> | Peter Hicks <[redacted]@aol.com>, Lucas Hicks <[redacted]@gmail.com> | n/a | FWD: Hicks Options | Email reflecting advice of counsel. |

| Bates | Date | From | To | CC | Subject | Description of Privileged Document |
|---|---|---|---|---|---|---|
| LH_00000173 | 1/13/2021 | Peter Hicks <[redacted]@aol.com> | Christopher Robertson <crobertson@seyfarth.com>, Lucas Hicks <[redacted]@gmail.com> | n/a | FWD: Hicks Options | Email conveying information to facilitate the rendering of legal advice from counsel. |
| LH_00000179 | 2/4/2021 | Peter Hicks <[redacted]@aol.com> | Christopher Robertson <crobertson@seyfarth.com>, Lucas Hicks <[redacted]@gmail.com> | n/a | FWD: Hicks Options | Email conveying information to facilitate the rendering of legal advice from counsel. |
| LH_00000307 | 11/19/2020 | Peter Hicks <+1 339-235-2876> | Lucas Hicks | n/a | n/a | Text message reflecting intent to seek advice of counsel. |
| LH_00000308 | 11/24/2020 | Peter Hicks <+1 339-235-2876> | Lucas Hicks | n/a | n/a | Text message conveying advice of counsel. |
| LH_00000313 | 12/30/2020 | Peter Hicks <+1 339-235-2876> | Lucas Hicks | n/a | n/a | Text message conveying advice of counsel. |
| LH_00000314 | 12/30/2020 | Peter Hicks <+1 339-235-2876> | Lucas Hicks | n/a | n/a | Text message reflecting intent to seek advice of counsel. |
| LH_00000323 | 9/19/2021 | Peter Hicks <+1 339-235-2876> | Lucas Hicks | n/a | n/a | Text message reflecting intent to seek advice of counsel/advice of counsel. |
| LH_00000325 | 2/8/2022 | Peter Hicks <+1 339-235-2876> | Lucas Hicks | n/a | n/a | Text messages conveying intent to seek advice of counsel/advice of counsel. |
| LH_00000327 | 3/7/2022 | Peter Hicks <+1 339-235-2876> | Lucas Hicks | n/a | n/a | Text messages conveying intent to seek advice of counsel. |
| LH_00000328 | 3/8/2022 | Peter Hicks <+1 339-235-2876> | Lucas Hicks | n/a | n/a | Text messages conveying intent to seek advice of counsel/consultation with counsel. |
| LH_00000331 | 4/27/2022 | Peter Hicks <+1 339-235-2876> | Lucas Hicks | n/a | n/a | Text message conveying intent to seek advice of counsel. |
| LH_00000333 | 5/3/2022 | Peter Hicks <+1 339-235-2876> | Lucas Hicks | n/a | n/a | Text message conveying intent to receive advice of counsel. |