# EXHIBIT 9

Chat with "Lucas" <+[redacted]31> and 3 more addresses on December 18, 2020

Peter Hicks <[redacted]@aol.com>
Peter Hicks <+[redacted]76>
Rose <+[redacted]93>
Unknown
Lucas <+[redacted]31>
Lucas Hicks [redacted]@gmail.com>

**Earliest item: 2020-12-18 15:25:13**

**Latest item: 2020-12-18 15:25:13**

**Friday 18 December 2020**

Instant Message : Native Messages
15:25:13
From
Rose <+[redacted]593>

https://www.marketwatch.com/story/evercore-isi-starts-covering-nikola-stock-at-hold-says-next-year-will-be-vital-11608071330

75AFDAC6-3EC3-42FB-9DF3-6DA52F1F05F3.pluginPayloadAttachment

0E99FF5E-7A68-4BF5-B6B5-64B4EA48B08A.pluginPayloadAttachment



**End Thread**

Thread Statistics

| Instant Message Count |
| --- |
| 1 |

Chat with "Lucas" <+[redacted]31> on March 8, 2021

Peter Hicks [redacted]@aol.com>
Lucas <+[redacted]31>
Peter Hicks <+[redacted]76>

**Earliest item: 2021-03-08 21:51:34**

**Latest item: 2021-03-08 21:51:34**

**Monday 08 March 2021**

Instant Message : Native Messages
21:51:34

From

Peter Hicks <+[redacted]76>

https://www.barrons.com/articles/nikola-stock-is-falling-downgrade-trevor-milton-51614962197

21AFF109-726D-4884-B060-7DFD5EAD56EC.pluginPayloadAttachment

~/Library/SMS/Attachments/97/07/7DA01376-DE60-4FD0-ADEA-46F90610BD1C/21AFF109-726D-4884-B060-7DFD5EAD56EC.pluginPayloadAttachment - This file type is not supported for embedded threading. See attached child.

5308776F-4E05-413E-86B5-0530A5105983.pluginPayloadAttachment



**End Thread**

| Thread Statistics | |
| --- | --- |
| | **Instant Message Count** |
| 1 | |