# Exhibit 2

Erik A. Christiansen, USB #7372
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
EChristiansen@parsonsbehle.com
ecf@parsonsbehle.com

Christopher Robertson (*pro hac vice*)
**SEYFARTH SHAW LLP**
Seaport East
Two Seaport Lane, Suite 1200
Boston, MA 02210-2028
Telephone: 617-946-4989
Facsimile: 617-790-6774
crobertson@seyfarth.com

*Attorneys for Plaintiffs PETER HICKS, HICKS, LLC, and WASATCH HICKS, LLC*

---

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| PETER HICKS; HICKS, LLC; and WASATCH HICKS, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>TREVOR R. MILTON; M&M RESIDUAL, LLC; and T&M RESIDUAL, LLC,<br><br>Defendants. | **AFFIDAVIT OF LUCAS HICKS**<br><br>Case No. 2:22-cv-00166<br><br>Judge: Hon. Howard C. Nielson, Jr<br><br>Magistrate Judge: Hon. Daphne A. Oberg |

I, Lucas Hicks, declare as follows:

1. On or about May 15, 2023 I was served with a subpoena (the "Subpoena") issued by counsel for the Defendants in this case.

2. After receiving the Subpoena, I engaged counsel to advise me of my obligations in responding to the Subpoena.

3. Among other things, I reviewed my cell phone for any responsive text messages with my father, Peter Hicks.

4. With the assistance of counsel, I made a good faith effort to produce screenshots of all text messages that were deemed relevant to the issues in this case and responsive to the Subpoena. These included text messages from 2020, 2021 and 2022.

5. At no point in time did I delete any text messages between me and my father.

6. My father never asked me to delete any text messages, or any other communications, between me and him, at any time.

7. It is my understanding that, between my production and my father's productions, all relevant text messages between me and my father were made available to the Defendants in this case.

I declare under penalty of perjury that the foregoing is true and correct and that this affidavit was executed on December 23, 2024, in New York, New York.

Lucas Hicks

Lucas Hicks